# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | Case Number: 3:11-cr-184 |
| - vs - | District Judge Walter H. Rice |
| RONALD BLACK, | Magistrate Judge Michael J. Newman |
| Defendant. : | |

## REPORT AND RECOMMENDATIONS

This case came on for hearing on January 24, 2012. The United States was represented by Assistant United States Attorney Mona Guerrier and Defendant was represented by Assistant Federal Public Defender Thomas Anderson. The case was referred to the undersigned under Fed. R. Crim. P. 59 for plea proceedings.

The undersigned examined Defendant under oath as to his understanding of the Plea Agreement and the effect of entering a plea pursuant to that Agreement. Having conducted the colloquy, the Magistrate Judge is persuaded the Defendant understands the rights waived by entering a guilty plea and is competent to do so. The Magistrate Judge also concludes that execution of the Plea Agree, which was acknowledged in open court, is Defendant's voluntary, knowing, and intelligent act. It is therefore respectfully recommended that the Plea Agreement be accepted.

Defendant, having executed the Plea Agreement, tendered a plea of guilty to the offenses charged in the Information. The Magistrate Judge concludes the guilty plea is knowing, intelligent, and voluntary and that the Statement of Facts made a part of the Plea Agreement, whose truth

Defendant acknowledged, provides a sufficient factual basis for a finding of guilty. It is therefore respectfully recommended that the guilty plea be accepted and Defendant be found guilty as charged in the Indictment.

Anticipating the District Court's adoption of this Report and Recommendation, the Magistrate Judge referred the Defendant for a pre-sentence investigation, remanded him to the custody of the United States Marshal, and set sentencing for May 1, 2012, at 2:30 P.M. in Courtroom 1, Dayton, before Judge Walter H. Rice.

January 24, 2012

                                                       s/ **Michael J. Newman**
                                                         United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 59(b)(2), any party may serve and filed specific, written objections to the proposed findings and recommendations, within ten days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 45(e), this period is automatically extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is bing served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters,* 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).

M:\CM-ECF\Drafts for Signature\Ronald Black R&R.wpd